| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sheri L. Forillo | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>James A. Korosec |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>Sheri L. Forillo-Korosec; Sheri Korosec; Sheri L. Korosec | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>James Korosec; James Forillo |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3463 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 2077 |
| Street Address of Debtor (No. and Street, City, and State):<br>331 Freehauf Street<br>Lemont, Illinois          ZIP CODE 60439 | Street Address of Joint Debtor (No. and Street, City, and State):<br>331 Freehauf Street<br>Lemont, Illinois          ZIP CODE 60439 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED MAR 22 2010 KENNETH S. GARDNER, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: *none* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: *none* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Sheri L. Aiello_ (signed)<br>Signature of Debtor<br>X _Junice Korace_ (signed)<br>Signature of Joint Debtor<br>630-257-5531<br>Telephone Number (if not represented by attorney)<br>3/22/10<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br><br>Firm Name<br><br>Address<br><br><br><br>Telephone Number<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>[scribbled out]<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>[scribbled out]<br>Address<br><br>X [scribbled out]<br>3/22/10<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Sheri L. Forillo
Sheri L. Forillo-Korosec
Sheri L. Korosec
Debtor

Case No. _____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ **1.** Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ **2.** Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]*

Date: 3/22/10

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re **James A. Korosec**
      **James Korosec**
      **James Porillo**
      Debtor

Case No. _____
         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

                           Signature of Debtor: _/s/ James Kovac_
                           Date: _3/22/10_

OSI Collection Services
~~c/o Silver Cross Hospital~~
P.O. Box 959
BrookField, WI 53008

City of Chicago Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

Advocate Illinois Masonic Physicians Group
75 Remittance Drive
Suite #6994
Chicago, IL 60657-6994

Armor systems Corporation
~~c/o A Step Ahead Footcare~~
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105

Merchants' Credit Guide Co
~~c/o Chicago Tribune~~
Executive Offices
223 W. Jackson Blvd
Chicago, IL 60606

Downers Grove Family Practice
4900 Main Street
Downers Grove, IL 60515

Collection Services
~~c/o Midwest Center for Day Surgery~~
P.O. Box 27901
West Allis, WI 53227

Radiologists of DuPage, S.C.
520 E. 22nd Street
Lombard, IL 60148

Assertcare, Inc.
~~c/o Medclr Inc~~.
5100 Peachtree Industrial Blvd
Norcross, GA 30071

Ameripath Institute of Podiatry
~~c/o Dermatopathology Billing Services~~
895 SW 30th Avenue, Suuite 201
Pompano Beach, FL 33069

Midwest Diagnostic Pathology, SC
75 Remittance Drive, Suite 3070

Codilis & Associates, P.C.
15 W030 N. Frontage Rd
Suite 100
Burr Ridge, IL 60527
CASE No. 08CH027539

CITIMORTGAGE
F/K/A CITICORP Mortgage
P.O. Box 790005
ATN: M.S. 305
St. Louis, MO 63179-0005

Center Surgery Breast &
Health Care
300 Barney Drive
Suite A
Joliet, IL 60435

~~Citimortgage, Inc~~

Village of Lemont
418 Main Street
Lemont, IL 60439

Chicago, IL 60675-3070

DuPage Emergency Physicans Conv Care
P.O. Box 88667
Chicago, Il 60680-1667

M.J. Hecker & Associates, P.C.
Exempla-Lutheran Medical Center
P.O. Box 12005
Denver, CO 80212-0005

Advocate Good Shepherd Hospital
450 West Highway 22
Barrington, IL 60010


Afni, Inc
c/o AT&T Mobility
P.O. box 3427
Bloomington, IL 61702-3427

Midwest Women OB Gyn LtD
3825 Highland Avenu, Suite 2F
Downers Grove, Il 60515-1548


Harris & Harris, Ltd
c/o Advocate Masonic
600 West Jackson Blvd, Suite 400
Chicago, IL 60661


Sarma Collections, Inc
c/o USAA Federal Savings Bank
1801 Broadway
San Antonio, TX 78215-1200

Collection Professionals, Inc.
1256 W. Jefferson
Suite 200
Joliet, IL 60435-6886


American Medical Collection Agency
c/o Quest Diagnostics, Inc.
2269 S. Saw Mill River Road, Bldg 3
Elmsford, NY 10523

Anestesia Seravices Midwest Center
3811 Highland Avenue
Downers Grove, IL 60515-1555

Medical Business Bureau, LLC
1175 Devin Drive, Suite 171
Norton Shores, MI 49441

Wheaton Eye Clinic
2015 North main Street
Wheaton, Il 60187-3152


Bureau of Collection Recovery, Inc.
~~c/o Cingular Wireless Chicago~~
7575 Corporate Way
Eden Praire, MN 55344


Northwest Collectors, Inc.
~~c/o Village of Lemont~~
3601 Algonquin Rd, Suite 232
Rolling Meadows, IL 60008-3106


Northland Group Inc.
~~c/o Capital One Bank~~
7831 Glenroy Road
Suite 350
Edina, MN 55439-3108


Baker, Miller, Markoff & Krasny LLC
~~c/o Discover Card~~
29 N. Wackerk Drive, 5th Floor
Chicago, IL 60606-2854

Associated Recovery Systems
Chase Bank, USA, N.A.
A Division of ARS National Services, Inc.
P.O. Box 469046
Escondido, CA 92046-0765

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Vision Financial Services
P.O. Box 1768
LaPorte, IN 46352


The CBE Group Inc.
~~c/o Dish Network~~
131 Tower Park Drive, Suite 100
Waterloo, IA 50701

Fred Bluder
1293 119th Stgreet
Lemont, IL 60439

A Step Ahead Footcare
15531 127th Street

Lemont, Il 60439

Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110

Drs. Ganju and Lantner, M.D. S.C.
5600 S. Wolf Road, Suite 135
Western Springs, Il 60558

Lemont Family Dental
160-B East Wend Street
Lemont, IL 60439-2904

Transworld Systems Inc.
Collection Agency
25 Northwest Point Blvd
#750
Elk Grove Village, IL 60007


Forest Recovery Services, LLC
~~c/o M&M Ortho — Dr. D. Ibrahim~~
P.O. Box 83
Barrington, IL 60010-0083


Armor Systems Corporation
~~c/o DuPage Pediatrics, Ltd~~.
1700 Kiefer Drive, Suite 1
Zion, IL 60099

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804


Asset Acceptance LLC
~~c/o Home Depot~~
FNANB/Circuit City
P.O. Box 2036
Warren, MI 48090-2036

Jeffery Manasse & Associates
608S. Washington, Suite 200
Npaerville, Il 60540

Good Samaritan Hospital
P.O. Box 93548
Chicago, Il 60673

Iulia Enacopol, MD
Lemont Medical, SC
15900 127th Street, Suite 201

Lemont, IL 60439

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044


Northland Group Inc.
~~c/o NCO Portfolio Management~~
P.O. Box 390846
Edina, MN 55439


Stewart & Associates, P.C.
~~c/o Credigy Receivables Inc./Discover Card~~
P.O. Box 2389
Suwanee, GA 30024


NCO Financial Systems Inc.
~~c/o Kohls/DirecTV,~~ Inc.
507 Prudential Road
Horsham, PA 19044


Law Offices of Mitchell N. Kay, P.C.
~~c/o Pier 1 Imports~~
P.O. box 2374
Chicago, Il 60690-2374


Accounts Receivable Management, Inc.
~~c/o Household Bank~~
P.O. Box 129
Thorofare, NJ 08086-0129

Hinsdale Hospital
P.O. Box 9247
Oak Brook, IL 60522

Blockbuster – 17087
1232 State Street
Lemont, IL 60439-4489

Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, Il 60463

Associated Radiologist Joliet
P.O. Abox 3837
Springfield, IL 62708-3837

Illinois Collection Service Inc.
Loyola University Physician's Foundation
P.O. Box 646
Oak Lawn, IL 60454-0646


Transworld Systems Inc.
Collectgion Agency
~~c/o Language Quest~~
25 Northwest Pt Blvd
Suite 750
Elk Grove Village, IL 60007

Northwest Collectors Inc.
Village of Lemont
3601 Algonquin Road, Suite 500
Rolling Meadows, IL 60008-3104

Richard Ready, MD
777 Oakmont Lane, Suite 1600
c/o KLO Professional Billing
Westmont, Il 60559-9917

Tri-County ER Physicians
P.O. Box 98
Barrington, IL 60010

AT&T Wireless
P.O. Box 8220
Aurora, IL 60572-8220


Medical business Bureau, LLC
~~DuPage Emergency Physicians~~
1175 Devin Drive, Suite 171
Norton Shores, MI 49441


Portfolio Recovery Associates LLC
~~c/o Sears National B~~ank
P.O. Box 12914
Norfolk, VA 23541

Midwest Diagnostic Pathology
75 Remittance Drive, Suite 3070
Chicago, Il 60675-3070


Harvard collection Services, Inc.
~~Dr. Naseem M. Chaudhry~~
4839N. Elston Avenue
Chicago, IL 60630-2534


Tri-County Accounts Bureau
~~c/o Emergency Healthcare Physici~~ans
P.O. box 515
Wheaton, IL 60189-0515


Medical Business Bureau, LLC
~~c/o Tri-City ER Physician Lt~~d

P.O. Box 1219
Park Ridge, IL 60068-7219


Financial Recovery Services, Inc.
c/o Credigy
P.O. Box 385908
Minneapolis, MN 55438-5908

Anesthesiologists, Ltd
185 Penny Avenue
East Dundee, IL 60118


Midland Credit Management, Inc.
c/o Household/Arbor
Department 8870
Los Angeles, CA 90084-8870

Lance Holelmon, M.D.
210 N. Harlem Avenue
Elmwood Park, IL 60707


Illinois Collection Seravice Inc.
c/o Loyola University Physicians Foundation
P.O. Box 646
Oak Lawn, IL 60454-0646


Midland Credit Management, Inc.
c/o FCNB/Spiegel
Department 8870
Los Angeles, CA 90084-8870


Machol & Johannes, P.C.
c/o Midland Credit Management, Inc.
Dominion Plaza, Suite 800 North
Denver, Colorado 80202


PFG of Minnesota
c/o Emergency Healthcare Physicians
7825 Washington Avenue S. Suite 410
Minneapolis, MN 55439-2409

Downers Grove Family Practgice, PC
4900 Main Street
Downers Grove, IL 60515

Radiologist of DuPage, SC
520 E. 22nd Street
Lombard, IL 60148

M&M Orthopaedics Ltd
4300 Commerce Ct, Suite 230

Lisle, IL 60532-3698

Advocate Health Care
Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, Il 60515



Transworld Systems
~~c/o Lemont Family Dental~~
P.O. Box 1864
Santa Rosa, CA 95402

M&M Orthopaedics
Attn: patient Accounts
4300 Commerce Court Drive #230
Lisle, IL 60532

Western DuPage Obstetrics
3800 Highland Avenue #105
Downers Grove, IL 60515

Emergency Healthcare Physicians
P.O. Box 366
Hinsdale, IL 60522



Collection Professionals, Inc.
~~c/o Western duPage OB/GYN~~
723 First Street
LaSalle, IL 61301-2535

Inpatient Consultants of IL
P.O. Box 92934
Los Angeles, Ca 90009-2934


Medical Recovery Specialist, Inc.
2250 E. Devon Avenue, Suite 352
Des Plaines, IL 60018-4519

Suburban Radiologists, SC
1446 Momentum Place
Chicago, IL 60689-5314

Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN d55438-5908

DNL Health Care Services, Inc.
2250 East Devon, Suite 202
Des Plaines, IL 60018

DuPage Emergency Physicians Conv Care
P.O. Box 366
Hinsdale, Il 60522

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434



Dependon Collection Service, Inc.
~~c/o Suburban Radiologists, S.~~C.
P.O. Box 4833
Oak Brook, IL 60523-4833

State Collection Service Inc.
2509 S. Stoughton Rd
Madison, WI 53716

Creditors Collection Bureau
P.O. Box 63
Kankakee, IL 60901-0063

Lemont Medical SC
15947 127th Street
Lemont, Il 60439

Robert F. Mucci
Attorney at Law
P.O. Box 190
West Chicago, Il 60186

IRS
Department of Treasury
Internal kRevenue Service
P.O. Box 149338
Austin, TX 78714-9338

Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Suite 1932
Chicago, IL 60654

Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Drive
Suite400
Chicagok Il 60606-4440

MCC
P.O. Box 538\
Eau Claire, WI 54702-0538

Lifetime Fitness
601 Burr Ridge Parkway

Burr Ridge, IL 60527

QVC Studio Park
West Chester, PA 19380-2462

Rosenfeld Hafron Shapiro & Farmer
Suite 1763
221 North LaSalle Street
Chicago, Il 60601

Demetrios N. Dalmares
16061 South 94th Avenue
Orland Hills, IL 60477

Thomas T. Kranidas
23 Inverness Way East
Englewood, CO 80112

City of Chicago – Department of Revenue
P.O. Box A3452
Chicago, Illinois 60680-1292
Attn:  Judgment Processing Unit